IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DETRA CANNON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:18-CV-126-WKW ) |
| MOHAWK INDUSTRIES, | ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the parties' Joint Status Report and Notice of Settlement. (Doc. # 50.) Based upon the representations concerning the parties' settlement agreement and Plaintiff's "recent bankruptcy filing" (Doc. # 50), it is ORDERED as follows:

(1) This action is STAYED, and the February 27, 2020 pretrial hearing and April 27, 2020 trial (Doc. # 47) are CONTINUED generally;

(2) At the proper time, Plaintiff is DIRECTED to file a notice of voluntary dismissal or motion to dismiss, *see* Fed. R. Civ. P. 41(a)(1)–(2), as appropriate; and

(3) In the interim, the parties shall file a joint report every thirty days, beginning **October 30, 2019**, as to the status of the settlement-approval process in the bankruptcy court.

DONE this 4th day of October, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE